UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

STACY L. BUTLER, )
)
   Plaintiff, )
)
vs. ) No. 1:10-cv-1127-TWP-DML
)
FEDERAL B.O.P. et al., )
)
   Defendants. )

### Entry

The plaintiff's motion for relief from judgment [Dkt. 10] is **granted. The clerk is directed to reopen this action on the docket.**

The plaintiff's motion to address the court [Dkt. 11] is **granted** to the extent that this action shall proceed in the normal course. The complaint is now subject to the screening requirement of 28 U.S.C. § 1915A(b). *Lagerstrom v. Kingston*, 463 F.3d 621, 624 (7th Cir. 2006). This statute directs that the court dismiss a complaint or any claim within a complaint which "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.* The court will direct the further development of any claim which is not dismissed on this basis. The parties will be notified when this determination has been made.

**IT IS SO ORDERED.**

Date: 11/04/2011

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Stacy L. Butler
05373-017
Florence High - U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 7000
Florence, CO 81226