# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| STACY L. BUTLER, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:10-cv-1127-TWP-DML |
| ) | |
| LT. B. JOHNSON, C.O. B. MOSS, ) | |
| C.O. PRITTCARD, L.T. HOWARD, ) | |
| and C.O. M. DIEODORFF, ) | |
| ) | |
| Defendants. ) | |

## Entry Concerning Selected Matters

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's "motion for court order to official for a release of property" has been considered. The plaintiff reports a delay in obtaining his property after being transferred to the United States Penitentiary in Lewisburg, Pennsylvania. He states he needs his documents related to this case in order to "respond to any of the defendants defense." The plaintiff's motion [Dkt. 34] is **denied** without prejudice because the plaintiff's request would require this court to unnecessarily interfere with day-to-day prison operations. *Beard v. Banks*, 548 U.S. 521, 528 (2006) ("courts owe substantial deference to the professional judgment of prison administrators"). If the plaintiff needs additional time to file a response to any particular motion he should request an extension of time. If he is unable to obtain a particular document necessary to any response he should so notify the court.

2. The motion to strike amended complaint [Dkt. 52] is **granted.** The amended complaint filed by Stacy Butler is rejected for failure to comply with *Federal Rules of Civil Procedure* 15 and Local Rule 15-1. In addition, it appears that the proposed amendments which would simply provide more detail to the facts alleged are unnecessary to the prosecution of this action and are inconsistent with Rule 8 of the *Federal Rules of Civil Procedure* which requires a complaint to include "a short and plain statement of the claim showing that the pleader is entitled to relief."

**IT IS SO ORDERED.**

Date: 09/19/2012 _____

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Stacy L. Butler
05373-017
Lewisburg - USP
P.O. Box 1000
Lewisburg, PA 17837

All Electronically Registered Counsel