**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| STACY L. BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 1:10-cv-1127-TWP-DML |
| | ) | |
| LT. B. JOHNSON, C.O. B. MOSS, | ) | |
| C.O. PRITTCARD, L.T. HOWARD, | ) | |
| and C.O. M. DIEODORFF, | ) | |
| | ) | |
| Defendants. | ) | |

**E N T R Y**

"[A] party seeking summary judgment always bears the initial responsibility of informing the district court of the basis for its motion, and identifying those portions of 'the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any,' which it believes demonstrate the absence of a genuine issue of material fact." *Celotex Corp. v. Catrett,* 477 U.S. 317, 323 (1986). A party asserting that a fact is undisputed must support the asserted fact by citing to particular parts of the record, including depositions, documents, or affidavits. Fed. R. Civ. Pro. 56(c)(1)(A).

The plaintiff's motion for summary judgment [Dkt. 47] is **denied** because the plaintiff has failed to establish either that there are undisputed issues of material fact or that he is entitled to judgment as a matter of law as to his assertion of liability on the part of the defendants.

**IT IS SO ORDERED.**

Date: 11/20/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Stacy L. Butler
05373-017
Lewisburg - USP
P.O. Box 1000
Lewisburg, PA 17837

Electronically Registered Counsel